UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    No.: 18-15374-mdc

William B. Cook                                 :

               Debtor           :    Chapter 13

---

Mark Hollingsworth                              :    AP#18-00275-mdc
               Plaintiff        :
    v.                                        :
William B. Cook                                 :
              Defendant        :

## CERTIFICATE OF SERVICE

I, Jonathan H. Stanwood, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made November 30, 2018 by:

(XX) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

William B. Cook  
125 N. 4th Street, #509  
Philadelphia, PA 19106

William B Cook  
4104 Odyssey Lake Cir S  
Brunswick, GA 31525

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

*Respectfully submitted,*

By: _____  
Jonathan H. Stanwood  
Dated: November 30, 2018