# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| William B. Cook, | : | |
| Debtor. | : | Bankruptcy No.  18-15374-**MDC** |
| | : | |
| Mark Hollingsworth, | : | |
| Plaintiff, | : | |
| v. | : | Adversary No.  18-00275-**MDC** |
| William B. Cook, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, it having been reported to this Court that the above proceeding has been settled by the parties.

**AND**, as Local Bankruptcy Rule 7041-2 requires that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days, or the matter may be dismissed (unless a Motion to Extend the Time for Cause Shown is filed within the 30-day period).

It is therefore, **ORDERED** that any necessary Motion or Stipulation shall be filed with this Court on or before **February 27, 2020**, or Local Rule 7041-2 may be applied, and the matter **may be dismissed without further notice or hearing**.

Dated:  January 23, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Jonathan H. Stanwood, Esquire
Law Office of Jonathan H. Stanwood, LLC
8 Penn Center, Suite 1000
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103

Anthony A. Frigo, Esquire
Law Offices of Anthony A. Frigo
175 Strafford Avenue, Suite One
Wayne, PA 19087