UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 18-15374-mdc |
| William B. Cook | : | |
| Debtor | : | Chapter 13 |

---

| | | |
|---|---|---|
| Mark Hollingsworth | : | |
| Plaintiff | : | |
| v. | : | |
| | : | Adversary No. 18-00275-mdc |
| William B. Cook | : | |
| Defendant | : | |

## STIPULATION

WHEREAS, William B. Cook file a Bankruptcy Petition under chapter 13 on August 13, 2018 (*In re: William B. Cook, Debtor*, (ED Bk#18-15374-mdc) (the "Underlying Bankruptcy Case");

WHEREAS, Mark Hollingsworth initiated this adversary to determine the dischargeability of a debt; and

WHEREAS the parties hereto have agreed to settle their differences without admission of liability as memorialized in a Confidential Settlement Agreement and Release of All Claims (the "Settlement agreement") not made a part hereof, it is hereby agreed by and through the respective attorneys for the parties as follows:

Any financial obligation as set forth in the Settlement Agreement shall not be discharged by any discharge entered in the Underlying Bankruptcy case;

Any obligation due to Plaintiff Mark Hollingsworth shall be payable outside the Chapter 13 Plan;

This Stipulation and related Settlement Agreement shall survive any discharge entered by this or any other bankruptcy court; and

This Stipulation shall remain in full force and effect in the event of a conversion of this case to a proceeding under a chapter 7.

By:

_____
Jonathan H. Stanwood, Esq.
Attorney for Plaintiff, Mark Hollingsworth
1628 J.F.K. Blvd, Suite 1000
Philadelphia, Pa 19103

Dated: February 27, 2020

_____
LeeAne Huggins, Esq.
Office of the Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Dated: 2/27, 2020

/s/ Anthony Frigo
_____
Anthony Frigo, Esq.
Attorney for Defendant, William B. Cook
175 Strafford Ave., Suite One
Wayne Pennsylvania 19087

Dated: February 27, 2020

**NO OBJECTION**