UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 18-15374-mdc |
| William B. Cook | : | |
| Debtor | : | Chapter 13 |

---

| | | |
|---|---|---|
| Mark Hollingsworth | : | |
| Plaintiff | : | |
| v. | : | |
| | : | Adversary No. 18-00275-mdc |
| William B. Cook | : | |
| Defendant | : | |

### O R D E R

AND NOW, this   2nd   day of   March  , 2020, the attached stipulation is hereby made and entered as an Order of Court. The clerk shall mark this adversary action settled and closed.

By the court:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge